No. 944.—BAETJER, recurrente, *v.* REGISTRADOR, recurrido.— ▮ ▮ Abril 11, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de los recurrentes de marzo 18, 1935, notificada en igual fecha al registrador a quien se concedió hasta el 10 de abril actual para ser oído sin que nada haya manifestado, visto lo resuelto por esta Corte Suprema en el caso de *Baetjer, et als.* v. *Registrador,* 48 D. P. R. 335, se ordena al Registrador de la Propiedad de Guayama que a continuación de la anotación letra A, finca 2496, folio 137 vto.; tomo 58 de Cayey, consigne lo que sigue: "Quedan extendidos los efectos de esta anotación hasta el 31 de mayo, 1935, por orden del Tribunal Supremo de abril 11, 1935, dictada en el recurso gubernativo interpuesto contra la negativa a que la misma se refiere."